**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHARLES DEON MILLER | CIVIL ACTION NO. 16-0225 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYOU DORCHEAT CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that John Lewis's Motion for Summary Judgment (Record Document 24) is **GRANTED** and all claims against John Lewis are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 4th day of October, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE